■ GREEN TREE CREDIT, LLC, Formerly Known as CONSECO FINANCE CREDIT CORP., Respondent, v GODFREY JELKS, Individually and as Executor of EVA T. CLARK, Deceased, Appellant, et al., Defendants. [991 NYS2d 902]—

In an action to foreclose a mortgage, the defendant Godfrey Jelks appeals from an order of the Supreme Court, Kings County (Schmidt, J.), dated October 24, 2012, which, inter alia, upon denying the plaintiffs' motion for an order directing the foreclosure sale of the subject premises, provided him only until January 7, 2013, to obtain a reverse mortgage with which he could satisfy the mortgage being foreclosed upon.

Ordered that the appeal is dismissed, with costs.

It is the appellant's obligation to assemble a proper record on appeal (*see Keita v United Parcel Serv.*, 65 AD3d 571 [2009]; *Salem v Mott*, 43 AD3d 397 [2007]). Here, the record is inadequate because it does not include all of the relevant papers and documents that were before the Supreme Court. Since the record is inadequate to enable this Court to render an informed de-

cision on the merits, the appeal must be dismissed (*see CitiMortgage, Inc. v Thorpe*, 87 AD3d 1048 [2011]; *Keita v United Parcel Serv.*, 65 AD3d at 572). Dillon, J.P., Chambers, Hall and Maltese, JJ., concur.